IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CR-017-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| PHILLIP HARRIS, JR., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Permit Travel On Electronic Monitoring" (Document No. 417) filed June 10, 2014. Having carefully considered the motion and the record, and noting that the government consents to the motion, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Unopposed Motion To Permit Travel On Electronic Monitoring" (Document No. 417) is **GRANTED**. The Defendant may travel to Club Onyx in Charlotte, North Carolina: (1) between 11:00 p.m. on Tuesday, June 10, 2014 and 3:00 a.m. on Wednesday, June 11, 2014; and (2) between 11:00 p.m. on Friday, June 13, 2014 and 3:00 a.m. on Saturday, June 14, 2014.

**SO ORDERED**.

Signed: June 10, 2014

David C. Keesler
United States Magistrate Judge