# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | DOCKET #. 3:14cr 00017 |
| **v.** | **)** | |
| | **)** | |
| Phillip Gregory Harris, Sr. | | |

**MOTION TO RECONSIDER BOND AND REQUEST FOR HEARING ON DETENTION**

NOW COMES the defendant, through undersigned counsel and hereby requests that the Honorable court reconsider the detention order issued on March 7, 2019 by the Honorable United States Magistrate Judge David C. Keesler and grant a hearing on Mr. Harris' further detention. In support of this request, the defendant shows the following:

1. That on March 7, 2019, Mr. Harris waived his preliminary hearing and the United States government moved to detain Mr. Harris pending his final hearing regarding his supervised release violations.

2. That Mr. Harris, through counsel, declined to be heard on detention at that time and reserved the right to be heard regarding detention at a later date.

3. That Mr. Harris has been in custody since March 3, 2019 on a federal detainer in relation to his current supervised release violation report dated August 20, 2018.

4. That Mr. Harris' sentence under the guidelines is 8-14 months if he is found to be in violation of his supervised release

5. That Mr. Harris has not received a final hearing date for his supervised release matters.

WHEREFORE, Mr. Harris respectfully requests that this Honorable Court reconsider Mr. Harris's bond and grant a hearing on Mr. Harris's further detention in regards to these matters.

This the 9th day of July, 2019

S/

LaVenettra W. Reaves
Attorney for Mr. Harris
2303 West Morehead Street, Suite 200
Charlotte, NC 28208
Telephone number 704-392-3535
E-mail: reaveslaw@gmail.com
North Carolina Bar #29492

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was duly served electronically through the ECF system in use in the United States District Court for the Western District of North Carolina, on the Assistant United State Attorney office:

Robert.Gleason@usdoj.gov

This the 9th day of July, 2019.

S/

LaVenettra W. Reaves
Attorney for Mr. Harris
2303 West Morehead Street, Suite 200
Charlotte, NC 28208
Telephone number 704-392-3535
E-mail: reaveslaw@gmail.com
North Carolina Bar #29492