# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **V.** | ) | (For Offenses Committed On or After November 1, 1987) |
| | ) | |
| **PHILLIP GREGORY HARRIS SR.** | ) | Case Number:  DNCW314CR000017-001 |
| | ) | USM Number:  29306-058 |
| | ) | |
| | ) | C. Melissa Owen |
| | ) | Defendant's Attorney |
| | ) | |

**THE DEFENDANT:**

■ Admitted guilt to violation(s) <u>1-4</u> of the Petition.

☐ Was found guilty of violation(s) of the Petition after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to Maintain Lawful Employment | 07/22/2020 |
| 2 | Failure to Notify of Address Change | 07/20/2020 |
| 3 | Failure to Report Contact with Law Enforcement Officer | 08/10/2020 |
| 4 | Frequenting Location where Controlled Substances are Maintained without Permission | 07/17/2020 |

The Defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐ Defendant found not guilty as to violation(s) of the Petition and is discharged as to such violation(s).

■ Violation(s) <u>5-9</u> (is)(are) dismissed on the motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:  7/19/2022

Robert J. Conrad, Jr.
United States District Judge

Date: July 21, 2022

Defendant: Phillip Gregory Harris Sr.
Case Number: DNCW314CR000017-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>ONE (1) YEAR, ONE (1) DAY</u>.

☐  The Court makes the following recommendations to the Bureau of Prisons:

■  The Defendant is remanded to the custody of the United States Marshal.

☐  The Defendant shall surrender to the United States Marshal for this District:

       ☐  As notified by the United States Marshal.
       ☐  At _ on _.

☐  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ☐  As notified by the United States Marshal.
       ☐  Before 2 p.m. on _.
       ☐  As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.


_____
           United States Marshal

                         By:  _____
                                   Deputy Marshal

Defendant: Phillip Gregory Harris Sr.                                    Judgment- Page **3** of **3**
Case Number: DNCW314CR000017-001

## SUPERVISED RELEASE

<u>Upon release from imprisonment the Court Orders that</u> **NO FURTHER TERM OF SUPERVISED RELEASE IS IMPOSED.**

[Remainder of page intentionally left blank]